IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CARL HARRIS,

        Plaintiff,

v.

ERIC BILLINGTON, *et al*.,

        Defendants.

ORDER

12-cv-437-wmc

Plaintiff Carl Harris has filed this civil action pursuant to 42 U.S.C. § 1983, alleging that defendants were deliberately indifferent to his serious medical needs in connection with an incident that occurred at the Waupun Correctional Institution. Both plaintiff and defendants have filed motions for summary judgment in this case. Noting that this case is set for trial on March 2, 2015, the defendants now seek a stay of several impending deadlines found in the pretrial conference order.

While a stay will not be granted, the court will move all upcoming deadlines in the pretrial conference order so that the parties may prepare for trial accordingly. No further extensions will be granted absent good cause shown.

ORDER

IT IS ORDERED that defendants' motion to stay (dkt. #107) is GRANTED IN PART and DENIED IN PART. The schedule is amended as follows:

- Rule 26(a)(3) Disclosures and all motions in limine: April 14, 2015
  - Responses: April 28, 2015
- Final Pretrial Conference: May 11, 2015, at 8:30 a.m.
- Jury Selection and Trial: May 11, 2015, at 9:00 a.m.

Entered this 6th day of January, 2015.

        BY THE COURT:
        /s/
        WILLIAM M. CONLEY
        District Judge